| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Robart, James L. | 2. Court or Organization<br><br>U.S. Dist Court, W.D. of WA | 3. Date of Report<br><br>05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>700 Stewart Street, Suite 14128<br>Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Chair of Board of Trustees | Whitman College |
| 2.   Trustee | Foundation # 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Robert, James L.

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Am. Conf. Inst. | September 22-23, 2009 | Philadelphia, PA | Spoke at E-Discovery Workshop | Transportation, lodging, parking, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. Whitman College | Multi-year pledge | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Key Bank Account | A | Interest | J | T | | | | | |
| 2. Key Bank Account | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2009 - $317,640) | A | Rent | N | S | | | | | |
| 4. Seattle, WA King Cnty Rental Property (2009 - $249,000) | D | Rent | M | S | | | | | |
| 5. ISROB Associates | | None | | | Sold | 12/31/09 | J | | |
| 6. Bank of Washington Common Stock | | None | L | T | | | | | |
| 7. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 8. — Starbucks Common Stock | | None | O | T | | | | | |
| 9. -- Schwab Money Fund | A | Interest | N | T | | | | | |
| 10. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 11. -- SPDR Units | | None | | | Sold | 02/02/09 | L | | |
| 12. -- Energy Connect Group | | None | J | T | | | | | |
| 13. -- MSCI Em. Mkts I-Shares | D | Dividend | O | T | | | | | |
| 14. -- MSCI EAFE Index Fund | C | Dividend | M | T | | | | | |
| 15. -- S&P 600 I-Shares | C | Dividend | N | T | | | | | |
| 16. -- Vanguard REIT Fund | D | Dividend | N | T | | | | | |
| 17. -- S&P 500 IShares | D | Dividend | N | T | Buy | 02/03/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| - Robart, James L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Boston Priv. Fin. Hldg. | A | Dividend | K | T | | | | | |
| 19. Chevron Common Stock | D | Dividend | M | T | | | | | |
| 20. Vanguard GNMA Mutual Fund | D | Dividend | M | T | | | | | |
| 21. ■ROKERAGE IRA #1 | | | | | | | | | NOTE # 1 |
| 22. -- Starbucks Common Stock | | | N | T | | | | | |
| 23. -- Gov't FHLBB Notes | C | Interest | L | T | | | | | |
| 24. -- Resolution Trust Strips | | None | L | T | | | | | |
| 25. -- Doral Bank CD | B | Interest | | | Matured | 01/03/09 | L | | |
| 26. -- Flagstar Bank CD | C | Interest | | | Matured | 01/10/09 | L | | |
| 27. -- Morton Bank CD | C | Interest | | | Matured | 01/15/09 | L | | |
| 28. -- Fed Nat Mortg. Notes | D | Interest | N | T | | | | | |
| 29. -- Citibank Bank Deposit Program | | | | | | | | | NOTE # 1 |
| 30. -- MB Financial CD | C | Interest | L | T | | | | | |
| 31. -- Lehman Bros Bank CD | A | Interest | | | Matured | 02/10/09 | K | | |
| 32. -- BMW Bank CD | C | Interest | L | T | | | | | |
| 33. -- Metro Bank CD | C | Interest | L | T | | | | | |
| 34. -- MSCI EAFE Index I-Shares | D | Dividend | O | T | Buy (add'l) | 02/09/09 | M | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| P4 =More than $50,000,000 | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- S&P 600 IShares | D | Dividend | P1 | T | Buy (add'l) | 01/22/09 | O | | |
| 36. | | | | | Buy (add'l) | 02/02/09 | M | | |
| 37. -- TIPS IShares | | None | | | Sold | 01/22/09 | N | A | |
| 38. -- SW Bank of St. Louis CD | C | Interest | L | T | | | | | |
| 39. -- Costco Corp. Notes | C | Interest | L | T | | | | | |
| 40. -- Nat. City Bank CD | C | Interest | L | T | | | | | |
| 41. -- First Bank of Puerto Rico CD | B | Interest | K | T | | | | | |
| 42. -- GE Capit. Notes | D | Interest | M | T | | | | | |
| 43. -- Banco Pop. Corp. N.A. CD | C | Interest | L | T | | | | | |
| 44. -- GE Money Bank CD | C | Interest | L | T | | | | | |
| 45. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 46. -- S&P 500 I-Shares | B | Dividend | P1 | T | | | | | |
| 47. | | | | | Buy (add'l) | 01/22/09 | O | | |
| 48. | | | | | Buy (add'l) | 02/02/09 | M | | |
| 49. -- Schwab Money Fund | A | Interest | M | T | | | | | |
| 50. --Capmark Bank CD | C | Interest | L | T | Buy | 01/21/09 | L | | |
| 51. --SallieMae Bank CD | C | Interest | L | T | Buy | 04/06/09 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q - Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --U.S. TIPS | | None | M | T | Buy | 01/22/09 | L | | |
| 53. | | None | L | T | Buy | 10/26/09 | L | | |
| 54. -- Vanguard REIT | D | Dividend | N | T | | | | | NOTE # 1 |
| 55. -- Emrg. Mkt. I-Share | C | Dividend | N | T | Buy | 02/03/09 | M | | |
| 56. BROKERAGE IRA #2 | | | | | | | | | NOTE # 2 |
| 57. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 58. -- Am. Century Ultra Mut. Fund | A | Dividend | J | T | | | | | |
| 59. -- Janus Balanced Mut. Fund | A | Dividend | J | T | | | | | |
| 60. -- T.R. Price New Asia Mut. Fund | A | Dividend | K | T | | | | | |
| 61. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 62. -- MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 63. -- S&P 500 I Shares | A | Dividend | L | T | | | | | |
| 64. -- Citibank Bank Deposit Program | | | | | | | | | NOTE # 2 |
| 65. -- MSCI Em. Mkts I Shares | B | Dividend | L | T | | | | | |
| 66. -- S&P 600 I Shares | A | Dividend | K | T | | | | | |
| 67. BROKERAGE ACCOUNT #2 | | | | | | | | | NOTE # 3 |
| 68. -- U of IL Notes | B | Interest | | | Matured | 10/01/09 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rohart, James L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- WA St. Health Bonds | B | Interest | | | Sold | 12/03/09 | K | B | |
| 70. -- Gilbert AZ G.O. Bonds | A | Interest | | | Matured | 07/01/09 | J | | |
| 71. -- Maricopa AZ SD Bonds | A | Interest | | | Matured | 07/01/09 | J | | |
| 72. -- Tamarack Funds | A | Interest | | | Redeemed | 12/08/09 | K | | |
| 73. FOUNDATION # 1 | | | | | | | | | |
| 74. -- Boeing Common Stock | B | Dividend | L | T | | | | | |
| 75. -- Exxon Mobil Common Stock | B | Dividend | L | T | | | | | |
| 76. -- G.E. Common Stock | A | Dividend | | | Sold | 06/11/09 | K | E | |
| 77. -- IBM Common Stock | B | Dividend | M | T | | | | | |
| 78. -- Merck Common Stock | A | Dividend | | | Sold | 05/08/09 | L | | |
| 79. -- Verizon Common Stock | B | Dividend | L | T | | | | | |
| 80. -- 3M Common Stock | C | Dividend | M | T | | | | | |
| 81. -- RBC Prime Money Fund | A | Dividend | M | T | | | | | NOTE # 4 |
| 82. -- BP ADR | C | Dividend | L | T | | | | | |
| 83. -- PacCar Inc. | A | Dividend | L | T | | | | | |
| 84. -- Bancroft Fund | C | Dividend | L | T | | | | | |
| 85. -- Eagle Mid Cap Fund | C | Dividend | M | T | Buy (add'l) | 08/14/09 | L | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86.  -- Fidelity Lev. Co. Fund | B | Dividend | M | T | Buy (add'l) | 04/20/09 | L | | |
| 87. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 88.  -- Keeley Sm. Cap. Fund | C | Dividend | M | T | Buy (add'l) | 04/20/09 | L | | |
| 89.  -- Russell Emerg. Mkts FD | D | Dividend | L | T | Buy (add'l) | 02/17/09 | J | | |
| 90. | | | | | Buy (add'l) | 04/20/09 | J | | |
| 91.  -- Thornberg Int'l Value FD | B | Dividend | M | T | Buy (add'l) | 04/20/09 | K | | |
| 92.  -- Thornberg Int'l Growth FD | B | Dividend | M | T | Buy (add'l) | 4/20/09 | K | | |
| 93.  -- Eaton Vance Income FD | D | Interest | M | T | Buy (add'l) | 07/13/09 | K | | |
| 94.  -- Pimco Fd. Fund | E | Interest | N | T | Buy | 09/30/09 | N | | |
| 95.  -- J.P. Morgan Bd. Fd. | E | Interest | N | T | Buy | 09/30/09 | N | | |
| 96.  Vanguard Intl. Tax Managed Fund | F | Dividend | O | T | Donated (part) | | | | |
| 97.  TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 98.  -- 7/2/09 Note | B | Interest | | | Matured | 06/30/09 | L | | |
| 99.  -- 6/30/13 Note | C | Interest | L | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Note # 1: Former Brokerage IRAs #1 and #5 from 2008 reporting period were closed and investments transferred to former Brokerage IRA #2 from 2008 reporting period. Former Brokerage IRA #2 from 2008 reporting period is now referred to as Brokerage IRA #1 for the 2009 reporting period. The cash account from Former Brokerage IRA #1 from 2008 reporting period (Citibank Bank Deposit Program) was moved to the cash account in former Brokerage IRA #2 from the 2008 reporting period (Schwab Money Fund).

Note # 2: Former Brokerage IRA #3 from 2008 reporting period is now referred to as Brokerage IRA #2 for the 2009 reporting period. Former Brokerage IRA #4 from 2008 reporting period was closed and investments transferred to what is now Brokerage IRA #2 for the 2009 reporting period. The cash account from Former Brokerage IRA #4 from 2008 reporting period (Citibank Bank Deposit Program) was moved to the cash account in former Brokerage IRA #3 from the 2008 reporting period (Schwab Money Fund).

Note # 3: Brokerage Account #2 was closed during 2009. It contained only cash at the end of the reporting period.

Note # 4: Tamarack Money Fund replaced by brokerage firm with RBC Prime Money Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI[...] [...]JECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544